UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FRED TAYLOR, ET AL | CIVIL ACTION NO. 13-cv-2227 |
| VERSUS | JUDGE FOOTE |
| CITY OF SHREVEPORT, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiffs' **Motion to Compel Discovery Responses (Doc. 33)** is **denied**. While Defendants' discovery responses were not submitted by the "end of the week" deadline in Plaintiffs' counsel's correspondence, Plaintiffs did not comply with Local Rule 37.1. That rule requires counsel for the moving party to certify that counsel have conferred in person or by telephone for the purposes of amicably resolving the discovery issues and stating why they are unable to agree. The exchange of written correspondence or emails does not comply with the rule. Johnson v. Coca Cola Enterprises, Inc., 2006 WL 1581218 (W.D. La.). Compliance with the rule would have been especially beneficial in this case, when the responses were tendered "within minutes" of the filing of the motion to compel. Plaintiffs' request for fees and expenses is also **denied**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 1st day of February, 2016.

Mark L. Hornsby
U.S. Magistrate Judge